ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Respondents
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625

By:  Christopher C. Josephson
     Deputy Attorney General
     (609) 984-2906
     CCJ 8344

              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                   VICINAGE OF CAMDEN

RONALD JONES,                ) HON. NOEL L. HILLMAN,
                             )  U.S.D.J.
          Petitioner,        )
                             )                06-5725 (NLH)
     v.                      ) Civil Action No. ~~08-1952 (DMC)~~
                             )
GEORGE W. HAYMAN, et al.,    )  **ORDER EXTENDING**
                             )  **TIME TO ANSWER**
          Respondents.       )

This matter having come before the Court on an application by Anne Milgram, Attorney General of New Jersey, through Christopher C. Josephson, Deputy Attorney General, attorney on behalf of respondents, seeking an extension of time to file an answer to the Petition for Habeas Corpus filed by petitioner, and the Court having considered the correspondence, dated September 23, 2008, submitted by counsel for respondents, and for good cause shown;

IT is on this 25th day of September 2008;

ORDERED that the time for respondents to file an answer to the Petition for Habeas Corpus filed by petitioner is hereby extended for 30 days from September 15, 2008, until October 15, 2008.

_____
HON. NOEL L. HILLMAN, U.S.D.J.